**Opinion issued July 21, 2015.**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-15-00581-CV**

————————————

**IN RE CAROLYN FROST KEENAN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

By petition for writ of mandamus, relator, Carolyn Frost Keenan, seeks mandamus relief from the trial court's June 1, 2015 order denying her Motion to Compel Production of Ballots from River Oaks Property Owner's, Inc.[1]

We **DENY** the petition for writ of mandamus and **DISMISS** all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

---

[1] The underlying case is *River Oaks Property Owners, Inc. v. Carolyn Frost Keenan*, No. 201403190, pending in the 133rd District Court of Harris County, the Hon. Jaclanel McFarland presiding.